IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

INDIGO AG, INC., \*
\*
    Plaintiff, \*
\*
v. \* CV 118-170
\*
MOBLEY POND FARM, INC. and \*
TAMMY CAIN \*
\*
    Defendants. \*

**O R D E R**

Before the Court is Plaintiff's motion to stay. (Doc. 9.) Plaintiff represents that the Parties have reached a settlement agreement. Pursuant to the terms of the settlement agreement, Defendants' obligations conclude no later than April 9, 2020. Therefore, Plaintiff requests a stay of the case while the Parties perform the settlement agreement.

Upon due consideration, the Court **GRANTS** Plaintiff's motion to stay (Doc. 9). This case is hereby **STAYED** until the earliest of: (1) April 9, 2020; (2) Plaintiff properly dismissing the action; or (3) Either party moving to lift the stay, and the Court finding that lifting the stay is proper.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of May, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA